# EXHIBIT C

**Subject:** Estimated date of completion for FOIA Ref: F-2023-02663
**Date:**    Wednesday, January 4, 2023 at 4:30:11 PM Eastern Standard Time
**From:**    Jennifer Jones
**To:**      FOIAstatus@state.gov
**CC:**      Anna M Teitler

To Whom It May Concern,

On December 13, 2022, I received an email from the U.S. Department of State, Office of Information
Programs and Services acknowledging receipt of the Freedom of Information Act ("FOIA") (5 U.S.C. § 552)
request submitted by the Knight Institute at Columbia University on December 9, 2022 (Ref: F-2023-02663).
The email indicated that the Office would not be able to respond to the FOIA request within the 20 days
provided by the statute due to "unusual circumstances." I am writing to request more information regarding
the Office's estimated date of completion for processing this request. Please advise.

Thank you,

Jennifer Jones (she/her)
Staff Attorney
Knight First Amendment Institute at Columbia University
475 Riverside Drive, Suite 302 | New York, NY 10115
(646) 745-8500
jennifer.jones@knightcolumbia.org