# EXHIBIT E

**Subject:** RE: Estimated date of completion for FOIA Ref: F-2023-02663
**Date:** Tuesday, January 24, 2023 at 3:54:04 PM Eastern Standard Time
**From:** FOIA Status
**To:** Jennifer Jones

Ms. Jones,

This is in response to your email below regarding FOIA Case Control Number F-2023-02663.

The Department processes requests on a first-in, first-out basis. The June 30, 2025, estimated date of completion (EDC) that was provided to you is the date that was determined for this request. Again, EDCs are estimates and are subject to change. You may possibly receive a response sooner. Please note that the current EDC is not based upon the "contents" of your request. It is based upon the Department's current backlog of FOIA requests. Therefore, there will be a delay in processing requests.
Regards,
U.S. Department of State
FOIA Requester Service Center


**From:** Jennifer Jones <jennifer.jones@knightcolumbia.org>
**Sent:** Monday, January 23, 2023 9:51 AM
**To:** FOIA Status <FOIAStatus@state.gov>
**Subject:** Re: Estimated date of completion for FOIA Ref: F-2023-02663

Good morning,

Thank you for your response. Would it be possible to arrange an alternative time frame for processing the request? Please let me know if we can arrange a phone call to discuss the processing timeline.

Thank you,
Jennifer

Jennifer Jones (she/her)
Staff Attorney
Knight First Amendment Institute at Columbia University
475 Riverside Drive, Suite 302 | New York, NY 10115
(646) 745-8500
jennifer.jones@knightcolumbia.org


**From:** FOIA Status <FOIAStatus@state.gov>
**Date:** Thursday, January 5, 2023 at 3:09 PM
**To:** Jennifer Jones <jennifer.jones@knightcolumbia.org>
**Subject:** RE: Estimated date of completion for FOIA Ref: F-2023-02663

Ms. Jones,

This is in reference to your email below regarding the status of FOIA case number F-2023-02663.

The Office of Information Programs and Services' electronic records system indicates this request is in process and has an estimated date of completion (EDC) of June 30, 2025. Please note, EDCs are estimates and are subject to change. If the request can be completed prior to the EDC, a response will be sent sooner.

Please be advised that the Department currently has a backlog of FOIA requests and is working through it as quickly as possible. As the Department continues to work through its backlog of FOIA requests, it is mindful of its accountability to the public.

We apologize for the delayed response and appreciate your continued patience.

If you have any concerns or questions regarding a FOIA-related matter, please contact the FOIA Requester Service Center at 202-261-8484 or send an e-mail to foiastatus@state.gov.

Sincerely,

U.S. Department of State
FOIA Requester Service Center

---

**From:** Jennifer Jones <jennifer.jones@knightcolumbia.org>
**Sent:** Wednesday, January 4, 2023 4:30 PM
**To:** FOIA Status <FOIAStatus@state.gov>
**Cc:** Anna M Teitler <mayze.teitler@knightcolumbia.org>
**Subject:** Estimated date of completion for FOIA Ref: F-2023-02663

To Whom It May Concern,

On December 13, 2022, I received an email from the U.S. Department of State, Office of Information Programs and Services acknowledging receipt of the Freedom of Information Act ("FOIA") (5 U.S.C. § 552) request submitted by the Knight Institute at Columbia University on December 9, 2022 (Ref: F-2023-02663). The email indicated that the Office would not be able to respond to the FOIA request within the 20 days provided by the statute due to "unusual circumstances." I am writing to request more information regarding the Office's estimated date of completion for processing this request. Please advise.

Thank you,

Jennifer Jones (she/her)
Staff Attorney
Knight First Amendment Institute at Columbia University
475 Riverside Drive, Suite 302 | New York, NY 10115
(646) 745-8500
jennifer.jones@knightcolumbia.org