UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

Knight First Amendment Institute at Columbia University

Plaintiff(s)

- v -

U.S. Department of State

Defendant(s)
_____

**RULE 7.1 STATEMENT**

1:23-cv-02513
Case Number

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for

Knight First Amendment Institute at Columbia University

(a private non-governmental party or intervenor) certifies the following:

**Part I**

Complete this portion in all cases.

Identify any corporate affiliates, subsidiaries, and/or parent corporation and any publicly held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor. If there are no such corporations, the form shall so state.

The Knight First Amendment Institute at Columbia University has no parent corporations and that no publicly held corporation owns 10 percent or more of its stock. The Knight Institute is a non-profit, non-partisan organization governed by a nine-member board of directors, five of whom are associated with Columbia University.

1

**Part II**

Complete this portion only if jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332(a).

Name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor for purposes of establishing jurisdiction based upon diversity of citizenship (note: the citizenship of an L.L.C. is the citizenship of each of its members).

3/24/23
Date

/s/ Alex Abdo
Signature of Attorney

AA0527
Attorney Bar Code

Note – This form is required to be filed when the action is filed in, or removed to, federal court, and when any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a).

Form Rule7_1.pdf  SDNY Web 12/2022

RESET     PRINT     SAVE