FOIA Summons IH form 4
4/17

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

Knight First Amendment Institute at Columbia University

|  |  |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. 1:23-cv-02513 |
| United States Department of State | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)

United States Department of State
600 19th Street NW., Suite 5.600
Washington DC 20522

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alex Abdo
475 Riverside Drive, Suite 302
New York, NY 10115

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

**CLERK OF COURT**

Date: _____

_____
Signature of Clerk or Deputy Clerk