FOIA Summons (12/11) (Page 2)

Civil Action No. 1:23-cv-02513-PAC

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **United States Department of State**
was received by me on *(date)* **03/28/2023**.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*
I served the United States Department of State by serving the United States (see below) and by mailing a copy of the summons and of the complaint by USPS certified mail to the United States Department of State on March 29, 2023. Please see the attached USPS receipt and delivery confirmation, showing delivery address and that the summons and complaint were delivered on April 4, 2023.

My fees are $ **0.00** for travel and $ **0.00** for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **04/04/2023**

*Reed Canaan*
*Server's signature*

**Reed Canaan, Paralegal**
*Printed name and title*

**475 Riverside Drive, Suite 302 New York, NY 10115**
*Server's address*

Additional information regarding attempted service, etc:

I served the United States by (1) mailing a copy of the complaint and summons by USPS certified mail to the Attorney General of the United States on March 29, 2023; and (2) mailing a copy of the complaint and summons to the civil process clerk at the U.S. Attorney's Office for the Southern District of New York by USPS certified mail on March 29, 2023. Please see the attached USPS receipts and delivery confirmation, showing delivery address and that the summons and complaint were delivered on April 4, 2023 and March 31, 2023 respectively.



**UNITED STATES POSTAL SERVICE**

```
          COLUMBIA UNIVERSITY
             534 W 112TH ST
          NEW YORK, NY 10025-9991
              (800)275-8777
03/29/2023                        02:34 PM
-------------------------------------------
Product              Qty      Unit     Price
                              Price
-------------------------------------------
First-Class Mail®     1                $2.46
Large Envelope
    Washington, DC 20530
    Weight: 6.00 oz
    Estimated Delivery Date
        Sat 04/01/2023
    Tracking #:
        9514 8066 2836 3088 4763 96
    Certified Mail®                    $4.15
    e-Return Receipt                   $2.10
Total                                  $8.71
-------------------------------------------
Grand Total:                           $8.71
-------------------------------------------
Credit Card Remit                      $8.71
    Card Name: VISA
    Account #: XXXXXXXXXXXX9341
    Approval #: 068332
    Transaction #: 711
    Receipt #: 000711
    AID: A0000000031010          Chip
    AL: VISA CREDIT
    PIN: Not Required
-------------------------------------------

         Use label #  for inquiry on
         Return Receipt (Electronic).

     For Return Receipt (by email), visit
      USPS.com, click on Track & Manage and
      enter Tracking number; click on drop-down
      arrow under Return Receipt Electronic;
      enter name and email address and click on
               Request Email.

    Text your tracking number to 28777 (2USPS)
    to get the latest status. Standard Message
    and Data rates may apply. You may also
    visit www.usps.com USPS Tracking or call
               1-800-222-1811.

              Preview your Mail
              Track your Packages
             Sign up for FREE @
        https://informeddelivery.usps.com

     All sales final on stamps and postage.
      Refunds for guaranteed services only.
          Thank you for your business.

         Tell us about your experience.
         Go to: https://postalexperience.com/ssk
      or scan this code with your mobile device.
```





**UNITED STATES POSTAL SERVICE**

```
          COLUMBIA UNIVERSITY
             534 W 112TH ST
          NEW YORK, NY 10025-9991
              (800)275-8777
03/29/2023                        03:02 PM
-------------------------------------------
Product              Qty      Unit     Price
                              Price
-------------------------------------------
First-Class Mail®     1                $2.46
Large Envelope
    Washington, DC 20522
    Weight: 0 lb 6.00 oz
    Estimated Delivery Date
        Sat 04/01/2023
    Certified Mail®                    $4.15
    Tracking #:
        70223330000058405826
    e-Return Receipt                   $2.10
Total                                  $8.71

First-Class Mail®     1                $2.46
Large Envelope
    New York, NY 10007
    Weight: 0 lb 6.00 oz
    Estimated Delivery Date
        Fri 03/31/2023
    Certified Mail®                    $4.15
    Tracking #:
        70223330000150995096
    e-Return Receipt                   $2.10
Total                                  $8.71
-------------------------------------------
Grand Total:                          $17.42
-------------------------------------------
Credit Card Remit                     $17.42
    Card Name: VISA
    Account #: XXXXXXXXXXXX9341
    Approval #: 029338
    Transaction #: 357
    AID: A0000000031010          Chip
    AL: VISA CREDIT
    PIN: Not Required
-------------------------------------------

         Use label #  for inquiry on
         Return Receipt (Electronic).

    Text your tracking number to 28777 (2USPS)
    to get the latest status. Standard Message
    and Data rates may apply. You may also
    visit www.usps.com USPS Tracking or call
               1-800-222-1811.

       In a hurry? Self-service kiosks offer
        quick and easy check-out. Any Retail
           Associate can show you how.

     For Return Receipt (by email), visit
      USPS.com, click on Track & Manage and
      enter Tracking number; click on drop-down
      arrow under Return Receipt Electronic;
      enter name and email address and click on
               Request Email.

              Preview your Mail
              Track your Packages
             Sign up for FREE @
        https://informeddelivery.usps.com

     All sales final on stamps and postage.
      Refunds for guaranteed services only.
          Thank you for your business.

         Tell us about your experience.
         Go to: https://postalexperience.com/Pos
```


UNITED STATES POSTAL SERVICE

April 4, 2023

Dear Helen Zhong:

The following is in response to your request for proof of delivery on your item with the tracking number: **7022 3330 0000 5840 5826**.

| Item Details | |
|---|---|
| Status: | Delivered, Individual Picked Up at Postal Facility |
| Status Date / Time: | April 4, 2023, 6:09 am |
| Location: | WASHINGTON, DC 20521 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| Weight: | 6.0oz |

**Recipient Signature**

Signature of Recipient: [signature image — "Robert Martin"]

Address of Recipient: [address image — "STE 20520-21"]

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004


UNITED STATES POSTAL SERVICE

April 4, 2023

Dear Helen Zhong:

The following is in response to your request for proof of delivery on your item with the tracking number: **4202 0530 9514 8066 2836 3088 4763 96**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | April 4, 2023, 5:58 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | ATTORNEY GENERAL |

## Shipment Details

| | |
|---|---|
| **Weight:** | 6.0oz |

## Recipient Signature

Signature of Recipient: [signature image]

Address of Recipient: [address image: JUSTICE 20530]

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



April 3, 2023

Dear Helen Zhong:

The following is in response to your request for proof of delivery on your item with the tracking number: **7022 3330 0001 5099 5096**.

| Item Details | |
|---|---|
| Status: | Delivered, Front Desk/Reception/Mail Room |
| Status Date / Time: | March 31, 2023, 2:44 pm |
| Location: | NEW YORK, NY 10007 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| Weight: | 6.0oz |

| Destination Delivery Address | |
|---|---|
| Street Address: | 86 CHAMBERS ST |
| City, State ZIP Code: | NEW YORK, NY 10007-1825 |

| Recipient Signature | |
|---|---|
| Signature of Recipient: | *[handwritten signature]* |
| Address of Recipient: | *[handwritten: 8 Chambers, 3rd Fl NY]* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004