AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Knight First Amendment Institute at Columbia University ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:23-cv-02513 |
| Department of State ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Knight First Amendment Institute at Columbia University                          .

Date:   05/03/2023                                       /s/ Jennifer Jones
                                                                  *Attorney's signature*

                                                          Jennfier Jones- 6040760
                                                          *Printed name and bar number*

                                                          475 Riverside Drive, Suite 302
                                                          New York, NY 10115
                                                          *Address*

                                                          jennifer.jones@knightcolumbia.org
                                                          *E-mail address*

                                                          (646) 745-8500
                                                          *Telephone number*

                                                          *FAX number*