

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
New York, NY 10007

September 28, 2023

BY ECF
The Honorable Paul A. Crotty
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Knight First Amendment Institute at Columbia University v. U.S. Department of State*, No. 23 Civ. 02513 (PAC)

Dear Judge Crotty:

    We write jointly on behalf of Defendant the United States Department of State (the "State Department" or the "Government") and Plaintiff the Knight First Amendment Institute at Columbia University (the "Institute") to provide a status report in the above referenced Freedom of Information Act ("FOIA") matter.

    As the parties advised in their last status report on July 28, 2023, ECF No. 16, the State Department has completed its search for records potentially responsive to Plaintiff's FOIA Request and identified approximately 216 potentially responsive records, including 16 Excel files. These documents are estimated to total 194,189 pages[1] or 1,633 pages excluding the Excel files.

    Since that time, the State Department has sent Plaintiff the following release letters:

    <u>August 4, 2023</u> – the State Department advised that it had processed 698 pages of potentially responsive material, and had not identified any records responsive to the FOIA request.

    <u>September 15, 2023</u> – the State Department advised that it had processed 288 pages of potentially responsive material, and had not identified any records responsive to the FOIA request.

    The State Department will continue processing records and making rolling productions every six weeks.

    The parties respectfully request to submit their next joint status report to the Court on December 15, 2023.

---

[1] Due to the manner in which the software counts pages of Excel files, the number of estimated pages for the Excel files may be significantly greater than the actual page count.

We thank the Court for its consideration.

                                                     Respectfully,

                                                     DAMIAN WILLIAMS
                                                     United States Attorney

By:   */s/ Dominika Tarczynska*
       DOMINIKA TARCZYNSKA
       Assistant United States Attorney
       86 Chambers Street, Third Floor
       New York, NY 10007
       Tel: (212) 637-2748
       Fax: (212) 637-2686
       dominika.tarczynska@usdoj.gov

cc:    Jennifer Jones (via ECF)
       Alexander Abraham Abdo (via ECF)
*Attorneys for Plaintiff*