

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
New York, NY 10007

February 2, 2024

BY ECF
The Honorable Paul A. Crotty
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Knight First Amendment Institute at Columbia University v. U.S. Department of State*, No. 23 Civ. 02513 (PAC)

Dear Judge Crotty:

    We write jointly on behalf of Defendant the United States Department of State (the "State Department" or the "Government") and Plaintiff the Knight First Amendment Institute at Columbia University (the "Institute") to provide a status report in the above referenced Freedom of Information Act ("FOIA") matter.

    Since the Parties' last status report on December 15, 2023, the State Department made a release of records to Plaintiff on January 19, 2024. As the State Department explained in the release letter, the Government completed its external consultation with respect to 20 pages, and determined that six of the pages were non-responsive, seven pages may be released in full, and seven pages may be released in part. The Department also advised that it had reviewed 11 of the 16 Excel files that had previously been identified as potentially responsive, and determined that they were non-responsive.

    Additionally, the parties met telephonically on December 21, 2023, to discuss certain aspects of Plaintiff's FOIA request to help inform the Department's re-review of some of the previously reviewed records that were deemed non-responsive.

    The parties respectfully request to submit their next joint status report to the Court on March 29, 2024.

2

We thank the Court for its consideration.

                                                Respectfully,

                                                DAMIAN WILLIAMS
                                                United States Attorney

By:   */s/ Dominika Tarczynska*
      DOMINIKA TARCZYNSKA
      Assistant United States Attorney
      86 Chambers Street, Third Floor
      New York, NY 10007
      Tel: (212) 637-2748
      Fax: (212) 637-2686
      dominika.tarczynska@usdoj.gov

cc:   Jennifer Jones (via ECF)
      Alexander Abraham Abdo (via ECF)
*Attorneys for Plaintiff*