

475 Riverside Drive, Suite 302
New York, NY 10115

(646) 745-8500
info@knightcolumbia.org

March 29, 2024

VIA ECF
The Honorable Paul A. Crotty
United States Courthouse
500 Pearl Street
New York, NY 10007

> **Re:** *Knight First Amendment Institute at Columbia University v. U.S. Department of State*, **No. 23 Civ. 02513 (PAC)**

Dear Judge Crotty,

We write on behalf of all parties to provide a status update in this Freedom of Information Act ("FOIA") lawsuit.

Since the Parties filed their last status report on February 2, 2024, ECF No. 20, the State Department has sent Plaintiff a release letter, dated March 1, 2024, stating that it had processed two additional Excel files and reprocessed 224 pages of material, all of which the agency determined to be non-responsive.

The State Department will continue processing records and making rolling productions every six weeks. The State Department has indicated that it has three Excel files remaining to be processed.

The parties respectfully request that the Court require them to submit their next joint status report on May 31, 2024.

\*     \*     \*

I thank the Court for its attention to this matter.

/s/ *Jennifer Jones*
Jennifer Jones
Knight First Amendment Institute
 at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
jennifer.jones@knightcolumbia.org