UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
:
KNIGHT FIRST AMENDMENT INSTITUTE AT  :
COLUMBIA UNIVERSITY,                 :         **SCHEDULING ORDER**
                      Plaintiff,  :
:         23 Civ. 2513 (AKH)
   -against-                          :
:
UNITED STATES DEPARTMENT OF STATE,   :
:
                      Defendant.  :
:
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The parties are hereby ordered to appear for a status conference on June 14, 2024, at 10:00 a.m., which will be held via the following call-in number:

        **Call-in number: 888-363-4749**

        **Access code: 7518680**

        To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call in **10 minutes** prior to the start of the conference.

        Finally, no later than June 12, 2024, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

        SO ORDERED.

Dated:    May 3, 2024                              //S//
            New York, New York             ALVIN K. HELLERSTEIN
                                                 United States District Judge