**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF STATE<br><br>    Defendant. | Civil Action No. 1:23-cv-2513 (AKH) |

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PROCESSING**
**SCHEDULE**

At a status conference held on June 14, 2024, the Court ordered the Parties to confer and

jointly submit a proposed order setting forth a schedule for the processing and production of

records in this Freedom of Information Act ("FOIA") suit. In response, Plaintiff Knight First

Amendment Institute at Columbia University and Defendant U.S. Department of State stipulate

as follows:

WHEREAS, on June 14, 2024, the Parties appeared telephonically for a status conference

at which they provided an update to the Court on the State Department's processing of records it

has identified as being potentially responsive to Plaintiff's FOIA request;

WHEREAS, the State Department stated that it is undertaking supplemental searches to

identify records of correspondence responsive to Request Nos. 1 and 2, and to confirm the

completeness of its collection of call readouts that are potentially responsive to Plaintiff's

Request;

WHEREAS, the State Department stated that, during its re-review of certain documents

originally determined to be non-responsive, the agency determined that 97 additional pages are

responsive to Plaintiff's Request, and that it has referred those pages for internal and external

consultation to determine whether any information therein is subject to an exemption under

FOIA; and

WHEREAS, the Parties have conferred and agree to a schedule for the processing and

production of all remaining responsive and non-exempt records;

IT IS NOW HEREBY STIPULATED AND AGREED AS FOLLOWS:

1.    By June 21, 2024, the State Department will provide an update to Plaintiff on the status

of its supplemental searches with respect to Request Nos. 1 and 2.

2.    By June 28, 2024, the State Department will inform Plaintiff whether additional

responsive call readouts have been identified in its supplemental searches.

3.    By July 5, 2024, the State Department will begin processing any records it identifies as

potentially responsive in its supplemental searches. The Parties are still negotiating the processing

rate for these records and will submit a joint status report setting out their respective positions if

they are unable to come to an agreement.

4.    By July 5, 2024, the State Department will finish processing the 97 pages that were

determined to be responsive during its re-review, or if any delays by external parties prevent the

State Department from meeting this deadline it will advise Plaintiff of the reason for the delay.

The Parties do not believe that a status conference is necessary at this time, and propose

submitting a joint status report to the Court on September 20, 2024.


Respectfully submitted,

 /s/ Jennifer Jones
Jennifer Jones
Alex Abdo

Knight First Amendment Institute
 at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
jennifer.jones@knightcolumbia.org

*Counsel for Plaintiff*

 -  and -

DAMIAN WILLIAMS
United States Attorney

By:      /s/ Dominika Tarczynska
DOMINIKA TARCZYNSKA
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, NY 10007
Tel: (212) 637-2748
dominika.tarczynska@usdoj.gov

*Counsel for Defendant*

June 20, 2024

***

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____                    _____
                                                                    Hon. Alvin K. Hellerstein
                                                                    United States District Judge