

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
New York, NY 10007

January 31, 2025

BY ECF
The Honorable Alvin K. Hellerstein              SO ORDERED.
United States District Court                    2.3.25 /s/ Alvin K. Hellerstein
United States District Judge
500 Pearl Street
New York, NY 10007


Re:   *Knight First Amendment Institute at Columbia University v. U.S. Department of State*, No. 23 Civ. 02513 (AKH)

Dear Judge Hellerstein:

    We write on behalf of Defendant the United States Department of State (the "State Department" or the "Government") and Plaintiff the Knight First Amendment Institute at Columbia University (the "Institute") to provide a status update in the above-referenced Freedom of Information Act ("FOIA") lawsuit.

    Since the parties' last joint status report, filed on November 19, 2024 (ECF No. 30), the State Department has completed its processing of records in response to the Institute's FOIA request. The parties intend to meet over the coming weeks to discuss some of the Government's withholdings. The Parties propose filing the next status report by March 31, 2025, to advise the Court as to whether any issues remain for the parties or the Court to resolve.

    We thank the Court for its attention to this matter.

    Respectfully,

    DANIELLE R. SASSOON
    United States Attorney

By:   */s/ Dominika Tarczynska*
    DOMINIKA TARCZYNSKA
    Assistant United States Attorney
    86 Chambers Street, Third Floor
    New York, NY 10007
    Tel: (212) 637-2748
    Fax: (212) 637-2686
    dominika.tarczynska@usdoj.gov

cc: Jennifer Jones (via ECF)
Alexander Abraham Abdo (via ECF)
*Attorneys for Plaintiff*