

475 Riverside Drive, Suite 302
New York, NY 10115

(646) 745-8500
info@knightcolumbia.org

August 15, 2025

VIA ECF
The Honorable Alvin K. Hellerstein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    *Knight First Amendment Institute at Columbia University v. U.S. Department of State*, No. 23 Civ. 02513 (AKH)

Dear Judge Hellerstein,

We write on behalf of Plaintiff the Knight First Amendment Institute at Columbia University and Defendant the U.S. Department of State to provide a status update in the above referenced Freedom of Information Act ("FOIA") lawsuit.

As the parties advised in their last joint status report, the only remaining issue in this lawsuit concerns Plaintiff's request for an award of its reasonable attorney fees and other litigation costs as provided for in FOIA, 5 U.S.C. § 552(a)(4)(E), which the parties hope to resolve consensually. See ECF 38. In order to provide the parties sufficient time to exchange relevant information and proposals on this topic, the parties respectfully request that the Court permit the parties to submit a further status report on September 30, 2025, advising the Court of the progress of their negotiations.

                            *     *     *

We thank the Court for its attention to this matter.

                                              /s/ *Jennifer Jones*
                                            Jennifer Jones
                                            Alex Abdo
                                            Knight First Amendment Institute
                                              at Columbia University

2

475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
jennifer.jones@knightcolumbia.org