UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
KNIGHT FIRST AMENDMENT INSTITUTE OF : 
COLUMBIA UNIVERSITY, :
: 23 Civ. 2513 (PAC)
Plaintiff, :
: **STIPULATION AND ORDER**
v. : **OF DISMISSAL**
:
U.S. DEPARTMENT OF STATE, :
:
Defendant. :
:
-----------------------------------------------------------------x

    WHEREAS, on or about March 24, 2023, Plaintiff Knight First Amendment Institute at Columbia University filed this suit in the United States District Court for the Southern District of New York pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, in connection with a FOIA request dated December 9, 2022 that it submitted to the United States Department of State (the "State Department");

    WHEREAS the State Department sent responses to Plaintiff's FOIA request on August 4, 2023, September 15, 2023, October 20, 2023, December 8, 2023, January 19, 2024, March 1, 2024, April 12, 2024, May 24, 2024, July 5, 2024, September 27, 2024, November 8, 2024, and December 20, 2024;

    WHEREAS, on May 29, 2025, the State Department provided Plaintiff a draft *Vaughn* index for records identified by Plaintiff; and

    WHEREAS Plaintiff has reviewed the records produced and the draft *Vaughn* index provided and determined that it will not be challenging any withholdings from the records produced, and now wishes to voluntarily discontinue this action;

IT IS NOW HEREBY STIPULATED AND AGREED, by and between the parties, as follows:

The Complaint shall be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) without costs and without attorneys' fees or conferral of prevailing party status pursuant to FOIA or any other federal statute.

Dated: New York, NY
       September 30, 2025

| KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY | JAY CLAYTON<br>United States Attorney for the<br>Southern District of New York |
|---|---|
| By: _____<br>JENNIFER JONES<br>ALEX ABDO<br>475 Riverside Drive, Suite 302<br>New York, NY 10115<br>Tel.: (646) 745-8500<br>jennifer.jones@knightcolumbia.org | By: /s/ Dominika Tarczynska<br>DOMINIKA TARCZYNSKA<br>Assistant United States Attorney<br>Southern District of New York<br>86 Chambers St., Third Floor<br>New York, NY 10007<br>Tel.: (212) 637-2748<br>dominika.tarczynska@usdoj.gov |

SO ORDERED.

_____
HON. PAUL A. CROTTY
United States District Judge